IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GREATGIGZ SOLUTIONS, LLC, | § § § § | |
| Plaintiff, | § | |
| v. | § § | NO. 6:20-CV-00934-ADA (Consolidated) |
| HEB GROCERY COMPANY, LP; H-E-B, LP; and H.E.B., INC, | § § § | |
| Defendants. | § § § | |
| | | |
| GREATGIGZ SOLUTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| NEIGHBORFAVOR, INC., | § § | |
| Defendant. | § § § | |

**JOINT MOTION TO STAY DEADLINES**

Plaintiff GreatGigz Solutions, LLC and Defendants HEB Grocery Company, LP, H-E-B, LP, H.E.B., Inc., and NeighborFavor, Inc. jointly move that the Court stay all deadlines in this case for a period of fourteen days. The parties have reached a tentative resolution and seek additional time to formalize that resolution.

Dated: May 14, 2021                    Respectfully submitted,

*/s/ Roger Fulghum*
BAKER BOTTS L.L.P.
Roger Fulghum
State of Texas Bar No. 00790724
One Shell Plaza, 910 Louisiana
Houston, Texas 77002
Telephone:  713.229.1707
Facsimile:  713.229.2707
Email: roger.fulghum@bakerbotts.com

Emily M. Felvey
State of Texas Bar No. 24116352
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 661-6503
Email: emily.felvey@bakerbotts.com

Attorneys for Defendants HEB Grocery Company, LP; H-E-B, LP; H.E.B., Inc.; and NeighborFavor, Inc.


*/s/* Randall Garteiser
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
René Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

ATTORNEYS FOR GREATGIGZ, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 14, 2021, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record.

                                              By:  */s/ Roger Fulghum*
                                                   Roger Fulghum